## Walbridge's Estate.

Argued January 25, 1934. Before Frazer, C. J., Simpson, Kephart, Schaffer, Maxey, Drew and Linn, JJ.

252

254

*Philip Price,* with him *Charles Myers,* of *Barnes, Biddle & Myers,* for appellant, No. 381.

*Thomas Stokes,* for appellant, No. 382.

*John Russell, Jr.,* with him *Clement B. Wood,* for appellant, No. 383.

*W. Logan MacCoy,* of *MacCoy, Evans, Hutchinson & Lewis,* for appellees.

P ER C URIAM, March 19, 1934:

The decrees of the court below are affirmed on the opinion of Judge S TEARNE.